# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCUS RICHARDSON

NO. 2022 KW 1350

**MARCH 27, 2023**

---

In Re:  Marcus Richardson, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 121002.

---

**BEFORE:  GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

*a.cr*

DEPUTY CLERK OF COURT
FOR THE COURT